UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIGO INDUSTRIES, LLC,<br><br>                      Plaintiff,<br><br>            -v.-<br><br>KRAUS USA, INC., and NIKKI WILLIAMS,<br><br>                      Defendants. | 20 Civ. 9870 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    At an initial pretrial conference in this matter on February 4, 2021, both parties represented that this action is related to a case currently pending before Judge Edgardo Ramos: *Kraus USA, Inc.*, v. *Magarik*, No. 17 Civ. 6541 (ER).  This matter was subsequently reassigned to Judge Ramos, who has accepted the reassignment.

    SO ORDERED.

Dated:    February 5, 2021
              New York, New York

                                                          KATHERINE POLK FAILLA
                                                       United States District Judge