# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIGO INDUSTRIES LLC, <br><br> Plaintiff, <br><br> v. <br><br> KRAUS USA, INC. and **NIKKI WILLIAMS**, <br><br> Defendants. | Civil Action No. 1:20-cv-09870 <br><br> Hon. Edgardo Ramos <br><br><br> **CONSENT ORDER DISMISSING ALL CLAIMS WITH PREJUDICE** |

**WHEREAS** on November 23, 2020, plaintiff Vigo Industries LLC ("Plaintiff" or "Vigo") filed a Complaint in this matter against defendants Nikki Williams ("Williams") and Kraus USA, Inc. ("Kraus") (collectively "Defendants") (*See* ECF #2);

**WHEREAS** on February 24, 2021, Vigo filed an Amended Complaint against Defendants (*See* ECF #19);

**WHEREAS** on March 26, 2021, Defendants filed a motion to dismiss Vigo's Amended Complaint (*See* ECF #20);

**WHEREAS** the Court has not yet issued an Order regarding Defendants' pending motion to dismiss Vigo's Amended Complaint;

**WHEREAS** Vigo, Williams and Kraus shall collectively be referred to as "the Parties";

**WHEREAS** the Parties have agreed to dismiss any and all claim that any of them have, may have and/or could have against one another arising out of and/or relating to the facts and circumstances alleged in Vigo's Amended Complaint with prejudice and without attorneys' fees and costs;

WHEREAS the Parties agree to forego the right to seek appeal from any Orders issued in this case to date; and

WHEREAS the Parties now jointly submit this Consent Order for approval and entry by the Court to fully resolve any and all claims that have been asserted and/or could have been asserted in this matter;

IT IS HEREBY RESOLVED, CONSENTED TO AND ORDERED AS FOLLOWS:

1. Any and all claims and causes of action asserted in this action, and/or that could have been asserted in this action, by the Parties against one another are hereby **DISMISSED WITH PREJUDICE**, without attorneys' fees and without costs; and

2. The Clerk of the Court is hereby directed to close the file on this Action.

**SO ORDERED:**

Dated: New York, New York
May 24, 2021

_____
Hon. Edgardo Ramos, U.S.D.J.

We hereby consent to the form and entry of the within Order:

| **FOX ROTHSCHILD LLP** | **BRACH EICHLER, LLC** |
| *Attorneys for Defendants* | *Attorneys for Vigo Industries, LLC* |

By: _____
Jordan B. Kaplan, Esq.

By: _____
Bob Kasolas, Esq.